RayQuan Pettaway
(Name)

54696509
(Institution Register No.)

USP leavenworth P.O Box 1000   Leavenworth, KS 66048
(Current Mailing Address)

FILED

FEB 03 2022

Clerk U.S. District Court
By _____ Deputy Clerk

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

RayQuan Pettaway, Plaintiff
(Full and Correct Name)

vs.

D. Hudson

SR Officer Early , Defendants

CASE NO. 22-3022-SAC
(To be supplied by the Clerk)

CIVIL RIGHTS COMPLAINT
PURSUANT TO 28 U.S.C. 1331

### A.  JURISDICTION

1) RayQuan Pettaway , is a resident of USP leavenworth
   (Plaintiff)                                (State of residency prior to
                                              incarceration)

   who presently located at _____
                                    (Mailing address or place of confinement.)

2) Defendant    D. Hudson                          is a resident of
                (Name of first defendant)

   Leavenworth, Kansas                          , and is employed as
        (City, State)

   warden                                        , and may be
        (Position and title, if any)

   located at USP leavenworth P.OBox 1000 Leavenworth, KS At the time the claim(s) alleged
              (Address for service of process)

   in this complaint arose, was this defendant acting under the color of state law? Yes ☐ No ☑

   If your answer is "Yes", briefly explain: _____

   _____

                                                                              1

3) Defendant _Sr Early_ is a resident of
(Name of first defendant)

_Leavenworth, Kansas_, and is employed as
(City, state)

_Correctional officer_, and may be located at
(Position and title, if any)

_USP leavenworth P.OBox 1000 Leavenworth, ks 66048_. At the time the
(Address for service of process)

claim (s) alleged in this complaint arose was this defendant acting under the color of state

law? Yes ☐ No ☑. If your answer is "Yes", briefly explain:

_____

_____

(Use the back of this page to furnish the above information for additional defendants.)

4) Jurisdiction is invoked pursuant to 28 U.S.C. §1331(3). (If you wish to assert jurisdiction

under different or additional statuses, you may list them below.)

_Kansas_

_____

## B. NATURE OF THE CASE

1) Briefly state the background of your case:

_First I was put in a cell with urine ?feces from floods then I got feed meat that was not thoroughly cooked my cell was freezing they refused cleaning supplies I was forced to take cold showers with muddy water I was lock down past my 14 day quarantine period they refused to give me cleaning supplies and I was housed with different custody level detainees they read my legal mail without me present and the denied me grievance forms also I was assaulted by officer early he choked me slammed me on my face put his knee in my back so I couldn't breathe I'm mentally scarred please help me_

2

## C.  CAUSE OF ACTION

1) I allege that my claims arise under the following constitutional provisions or laws of the United States and that the following facts form the basis for my allegations: (If necessary you may attach up to two additional pages (8 1/2" x 11") to explain any allegation or to list additional supporting facts.)

A) (1) Count I: I was forced to be locked in a cell for 3 days with urine and feces from floods with no cleaning supplies

(2) Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.): I have a right of sanitation I ask c.o Escobar several times for cleaning supplies and she denied me every time I was sick for a whole week straight

B) (1) Count II: I was feed raw meat that had my stomach hurting for 3 days I couldnt take a shower for a week

(2) Supporting Facts: I have right to be feed properly and I have a right to take a shower for atleast 2 or 3 times a week

C) (1) Count III: I was assaulted by c.o Early I

XE-2 (F)              CIVIL RIGHTS COMPLAINT (28 U.S.C. §1331)

Have sickle cell animia and I am mentally tramtized from it

(2) Supporting Facts: It was on 01-11-22 1512hr in A1 bed half top tier Even side cell 266 He tried to force me through a closed door he lied and said he didn't slam me so I never gotten any medical help

## D. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1) Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment? Yes ☐ No ☑. If your answer is "Yes", describe each lawsuit. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

    a) Parties to previous lawsuit:

       Plaintiffs: _____

       Defendants: _____

    b) Name of court and docket number _____

    c) Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

    d) Issues raised _____

    e) Approximate date of filing lawsuit _____

    f) Approximate date of disposition _____

4

XE-2 (F)          CIVIL RIGHTS COMPLAINT (28 U.S.C. §1331)

## E.  ADMINISTRATIVE RELIEF

1) Have you presented all grounds for relief raised in this complaint by way of BP-9, BP-10, and BP-11 grievances? Yes ☐ No ☑.

2) If your answer to (1) is "Yes", state the date of disposition, result and reasons given for the administrative decision _I keep asking for BP-9 and they are not trying to give it to me_

3) If your answer to (1) is "No", list each ground not fully presented through the administrative grievance process and explain why it was not _They wouldn't give me a grievance_

4) Describe all other procedures you have used (such as tort claim or Parole Commission administrative appeals procedures) to exhaust administrative remedies as to each issue raised. _I used tort claim because CO really told me referant lamont stole my MP3 but never got any help_

## F.  REQUEST FOR RELIEF

5) I believe that I am entitled to the following relief:
   _$100,000 $500,000_

_____
Signature of Attorney (if any)

_____
Signature of Petitioner

_____
(Attorney's full address and telephone number)

XE-2 (F)          CIVIL RIGHTS COMPLAINT (28 U.S.C. §1331)