FILED

MAR 3 0 2022

Clerk, U.S. District Court
By: _____ Deputy Clerk

RayQuan Pettaway
(Name)

54696509
(Institution Register No.)

Leavenworth USP P.O Box 1000 Leavenworth, ks 66048
(Current Mailing Address)

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

RayQuan Pettaway , Plaintiff
(Full and Correct Name)

vs.

C.O Early , ~~_____~~

~~_____~~ , Defendants

CASE NO. 22-3022-SAC
(To be supplied by the Clerk)

AMENDED
CIVIL RIGHTS COMPLAINT
PURSUANT TO 28 U.S.C. 1331

### A. JURISDICTION

1) RayQuan Pettaway , is a resident of USP leavenworth
   (Plaintiff)                              (State of residency prior to
                                             incarceration)

   who presently located at Leavenworth USP P.O Box 1000 Leavenworth, ks 66048
                            (Mailing address or place of confinement.)

2) Defendant Early                                    is a resident of
             (Name of first defendant)

   Leavenworth, Kansas                               , and is employed as
   (City, State)

   correctional officer                              , and may be
   (Position and title, if any)

   located at Leavenworth USP 1300 Metropolitan At the time the claim(s) alleged
              (Address for service of process)

   in this complaint arose, was this defendant acting under the color of state law? Yes ☐ No ☑

   If your answer is "Yes", briefly explain: _____

   _____

XE-2 (F)          CIVIL RIGHTS COMPLAINT (28 U.S.C. §1331)          1

3) Defendant ~~Early~~ _____ is a resident of
(Name of first defendant)

_Leavenworth, Kansas_ _____, and is employed as
(City, state)

_Correctional officer_ _____, and may be located at
(Position and title, if any)

_Leavenworth USP 1300 Metropolitan Ave_ . At the time the
(Address for service of process)

claim (s) alleged in this complaint arose was this defendant acting under the color of state

law? Yes ☐ No ☑. If your answer is "Yes", briefly explain:

_____

_____

(Use the back of this page to furnish the above information for additional defendants.)

4) Jurisdiction is invoked pursuant to 28 U.S.C. §1331(3). (If you wish to assert jurisdiction

under different or additional statuses, you may list them below.)

~~Watson - Leavenworth, Kansas - Warden Leavenworth USP 1300 Metropolitan Ave~~

## B. NATURE OF THE CASE

1) Briefly state the background of your case:

On Jan 11 I was assaulted by C.O Early he told me to go in my cell. But the cell door was closed so I stood in front of it waiting for Early to open it. Early then pushed me trying to close me in the closed cell door I told Early to stop and how was I supposed to go through a closed cell door

XE-2 (F)                CIVIL RIGHTS COMPLAINT (28 U.S.C. §1331)

## C. CAUSE OF ACTION

1) I allege that my claims arise under the following constitutional provisions or laws of the United States and that the following facts form the basis for my allegations: (If necessary you may attach up to two additional pages (8 1/2" x 11") to explain any allegation or to list additional supporting facts.)

A) (1) Count I: Cruel and unvasal punishment

(2) Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.):

On Jan 11 I was assaulted by C.O Early He grabbed me by my neck & slammed me to the ground

B) (1) Count II: Used excessive force

(2) Supporting Facts: The C.O Early put his foot on my head pressing my face to the ground & put his knee on my upper back were I couldnt breathe

C) (1) Count III: Saftey and security

3

XE-2 (F)                    CIVIL RIGHTS COMPLAINT (28 U.S.C. §1331)

(2) Supporting Facts: _I was placed back in the same pod as closely after he assaulted me and other inmates told me he was bragging about assaulting me he also told them he was planning to get me checked out of the pod I fear for my life and saftey_

## D. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1) Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment?

   Yes ☐  No ☑ . If your answer is "Yes", describe each lawsuit. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

   a) Parties to previous lawsuit:

   Plaintiffs: _____

   Defendants: _____

   b) Name of court and docket number _____

   _____

   c) Disposition (for example: Was the case dismissed? Was it appealed? Is it still

   pending?) _____

   _____

   d) Issues raised _____

   e) Approximate date of filing lawsuit _____

   f) Approximate date of disposition _____

XE-2 (F)          CIVIL RIGHTS COMPLAINT (28 U.S.C. §1331)

## E.  ADMINISTRATIVE RELIEF

1) Have you presented all grounds for relief raised in this complaint by way of BP-9, BP-10, and BP-11 grievances? Yes ☐ No ☑.

2) If your answer to (1) is "Yes", state the date of disposition, result and reasons given for the administrative decision _____

_____

3) If your answer to (1) is "No", list each ground not fully presented through the administrative grievance process and explain why it was not  *I asked for grievances but I got denied so I couldn't apply*

4) Describe all other procedures you have used (such as tort claim or Parole Commission administrative appeals procedures) to exhaust administrative remedies as to each issue raised. *I put in a tort claim for my stolen MP3 player C.O Early took from me but I was denied grievances*

## F.  REQUEST FOR RELIEF

5) I believe that I am entitled to the following relief: *$100,000 -$500,000 for Damages, Expungment of criminal Record/Charges, Apology from U.S Marshal Service*

_____    _____
Signature of Attorney (if any)                              Signature of Petitioner

_____

_____

_____
(Attorney's full address and telephone number)

5

XE-2 (F)                CIVIL RIGHTS COMPLAINT (28 U.S.C. §1331)

RayQuan Pettaway #54696509

CRuel & Unuasal Punishment,
Excessive force, Safety & security

On January 11, 2022 Between
12 and 2 pm. I was in A1 pool
when Early told me to go in my
cell. Because the cell door was
closed I stood in front of
my cell waiting for the door to
open. Then Early came in pushed
me trying to force me in the
closed cell door. I asked him to
stop and how was I supposed to
go through a closed cell door. That's
when Early grabbed me by my neck
and slammed me to the ground.
Early put his foot on my head
pressing my face in the cement
floor. Then he put his knee on my
upper back. I told Early I couldn't
breathe it took him 2 or 3 minutes
to release his knee off of my upper
back. Early also took my MP3
player from my hand and threw it
on the floor. I was then taken
and processed into the hole. I
fear for my life and saftey. On
January 28, 2022 I was returned

to Al Pod where Early works.
I asked Early about my MP3 player
he said he didn't have it. He told
me a lieutenant picked it up off
the ground. He told me to ask
C. lamont but lamont told me he
did not pick the MP3 player up.
So I was stuck without my MP3 player
I paid $43 dollars for I had
the Rights to have. Other inmates
came to me telling me Early and Gold
smith was going around discussing
how Early slammed me. On my face
bragging about assaulting me. and
telling other inmates of having
me checked out of the pod by force.
I fear for my safety and now I
have a lawsuit against C.O Early Ive
been deppressed about what he is
going to have somebody do to me.
While Im still incarserated in leavenworth
prison. My face and Right shoulder
still hurts from the impact of the
force to the ground. Im traumitized
this will hunt me for the Rest of my life.
I also already sent the clerk Names and signature's of witnessess